No. 1828. HAYNE *v.* IRVINE, November Term, 1885. This was a controversy without action, involving the construction of a will, originally submitted to this court for adjudication. The court held that they had no original jurisdiction of the matter, and ordered the case to be stricken from the docket without prejudice. OPINION by MR. JUSTICE McGOWAN, March 1, 1886.

No. 1832. GARY *v.* BARNWELL, November Term, 1885. In this case the following points were ruled:

1. Findings of fact by the Circuit Judge (Pressley), who overruled the master, sustained.

2. This being a case in chancery, the matter of costs was for the judge as he saw proper to decree on that subject. OPINION by MR. CHIEF JUSTICE SIMPSON, March 6, 1886. *E. B. Gary*, for appellant. *Parker & McGowan*, contra.

No. 1838. LEVY *v.* ZEALY, November Term, 1885. This was a case in chancery, and the appeal alleged only errors of fact. This court affirmed the decree of the Circuit Judge (Witherspoon), saying: "It concerns the welfare of the country that there should be an end of litigation; and where the Circuit Judge concurs with the master on a question of fact, it will not disturb the finding, unless there is no testimony to support it, or it is manifestly against the weight of evidence." OPINION by MR. JUSTICE McGOWAN, March 10, 1886. *John McMaster*, for appellant. *Clark & Muller*, contra.